Query     Reports     Utilities     Help     What's New     Log Out

<span style="color:red">CLOSED</span>

# U.S. District Court
## DISTRICT OF KANSAS (Kansas City)
## CRIMINAL DOCKET FOR CASE #: 2:15-mj-08255-JPO-2

Case title: USA v. Leon et al
Other court case number: 3:15-CR-432-M Northern District of Texas

Date Filed: 10/21/2015
Date Terminated: 10/26/2015

Assigned to: Magistrate Judge James P. O'Hara

### Defendant (2)

**Patricia Torres**
*TERMINATED: 10/26/2015*
*also known as*
Martha
*TERMINATED: 10/26/2015*

represented by **Ryan C. Hudson**
Berkowitz Oliver Williams Shaw & Eisenbrandt, LLP - KCMO
2600 Grand Boulevard, Suite 1200
Kansas City, MO 64108
816-561-7007
Fax: 816-561-1888
Email: rhudson@berkowitzoliver.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*
*Bar Number: 22986*
*Bar Status: Active*

**Pending Counts**                                      **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                                   **Disposition**

None

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 21:841(a)(1) and (b)(1)(B)(viii) - Conspiracy to Possess with Intent to Distribute a Controlled Substance. Removal of arrested defendants to Northern District of Texas. | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **James T. Ward**<br>United States Attorney's Office - District of Kansas<br>500 State Avenue, Suite 360<br>Kansas City, KS 66101<br>913-551-6730<br>Email: james.ward2@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br>*Bar Number: 23356*<br>*Bar Status: Active*<br><br>**Trent M. Krug**<br>Office of United States Attorney - Kansas City<br>500 State Avenue, Suite 360<br>Kansas City, KS 66101<br>913-551-6533<br>Fax: 913-551-6541<br>Email: Trent.Krug@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br>*Bar Number: 19454*<br>*Bar Status: Active* |

[Email All Attorneys]
[Email All Attorneys and Additional Recipients]

| Date Filed | # | Docket Text |
|---|---|---|
| 10/21/2015 | | ARREST (Rule 5(c)(3) Out) of Joshua A. Leon, Patricia Torres (kao) (Entered: 10/22/2015) |
| 10/21/2015 | 3 | MINUTE ENTRY for proceedings held before Magistrate Judge Teresa J. James: CJA Counsel appointed. INITIAL APPEARANCE IN RULE 5(c)(3) PROCEEDINGS as to Patricia Torres held on 10/21/2015. ID/Removal Hearing - waived. Government's Oral Motion for pretrial detention and a continuance of |

| | | |
|---|---|---|
| | | that hearing is granted. Detention Hearing set for 10/26/2015 at 11:30 AM in KC Courtroom 223 (JPO) before Magistrate Judge James P. O'Hara. Defendant remanded to custody. (Tape #11:45 FTR/TJJ.) (kao) (Entered: 10/22/2015) |
| 10/21/2015 | 4 | CJA 23 FINANCIAL AFFIDAVIT by Patricia Torres. (kao) (Entered: 10/22/2015) |
| 10/21/2015 | 5 | ORDER APPOINTING CJA ATTORNEY as to Patricia Torres: Appointment of Attorney Ryan C. Hudson. Signed by Magistrate Judge Teresa J. James on 10/21/15. (kao) (Entered: 10/22/2015) |
| 10/26/2015 | 7 | MINUTE ENTRY for proceedings held before Magistrate Judge James P. O'Hara: DETENTION HEARING as to Patricia Torres held on 10/26/2015. Oral motion by Government for pretrial detention of defendant is DENIED. Release Order executed. Defendant's next appearance: November 18, 2015, at 2:00 p.m., before U.S. Magistrate Judge Paul D. Stickney, Courtroom 1620, 1100 Commerce Street, Dallas, Texas 75242. (Tape #11:41 FTR.JPO.) (Attachments: # 1 Waiver, # 2 Order Setting Conditions of Release) (kao) (Entered: 10/26/2015) |
| 10/26/2015 | 8 | RULE 5(c)(3) REMOVAL HEARING PAPERS SENT TO Northern District of Texas as to Joshua A. Leon, Patricia Torres. (THIS IS A TEXT ENTRY ONLY) (kao) (Entered: 10/26/2015) |
| 10/26/2015 | 9 | NOTICE to Northern District of Texas of a Rule 5 Initial Appearance as to Joshua A. Leon, Patricia Torres. Your case number is: 3:15-CR-432-M. Docket sheet and documents attached. (If you require certified copies of any documents, please send a request to ksd_clerks_kansascity@ksd.uscourts.gov. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov.) (kao) (Entered: 10/26/2015) |

## CLERK'S COURTROOM MINUTE SHEET – CRIMINAL – MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

PATRICIA TORRES

Case No: 15-MJ-8255-JPO
AUSA: James Ward and Trent Krug

Deft. Atty.: Ryan Hudson (cja)

| | | | |
|---|---|---|---|
| JUDGE: | Teresa J. James | DATE: | October 21, 2015 |
| DEPUTY CLERK: | Yolanda Holman | TAPE/REPORTER: | FTRTjj 11:45 AM |
| INTERPRETER: | | PRETRIAL/PROBATION: | Amanda Hudson |

Length of Hearing: _____ Hr(s) Min(s) __0__   Location: Kansas City, Kansas
Hearing Concluded:  _x_ Yes ____ No

### PROCEEDINGS

- (x) Rule 5 Hearing         ( ) Initial Revocation Hearing         ( ) Bond Hearing
- (x) ID/Removal Hearing     ( ) Held (x) Waived                    ( ) Bond Revocation Hearing
- ( ) Preliminary Hearing    ( ) Held ( ) Waived                    ( ) Arraignment
- ( ) Detention Hearing      ( ) Held ( ) Waived                    ( )
- ( ) Discovery Conference   ( ) Held ( ) Waived

- ( ) Interpreter            ( ) Appointed    ( ) Sworn
- (x) Charges and penalties explained to defendant
- (x) Defendant sworn and examined re: financial ability to retain counsel
- (x) Counsel appointed      ( ) At defendant's expense
- (x) Constitutional rights explained  ( ) Felony  ( ) Misdemeanor
- ( ) Defendant declined to waive indictment    ( ) Will be presented by next Grand Jury
- ( ) Signed Waiver of Indictment
- ( ) Advised of rights      ( ) Rule 20
- ( ) Signed Consent to Transfer (Rule 20)
- ( ) Petition to Enter Plea Filed              ( ) Plea Agreement Attached
- ( ) Transfer to the _____ District of _____

- ( ) ARRAIGNMENT AND PLEA:                                         ( ) No. of Counts _____
  - ( ) Waived Reading of    ( ) Indictment    ( ) Information      ( ) Read to Defendant
  - ( ) Previous Plea        ( ) Guilty        ( ) Not Guilty       Counts:_____Withdrawn
  - ( ) Guilty                                                      Counts:_____Accepted
  - ( ) Not Guilty                                                  Counts: _____

- ( ) Bail fixed at          ( ) Bail denied                        ( ) Bail remains denied
- ( ) $_____       ( ) Unsecured                          ( ) Secured
- ( ) Release Order          ( ) Executed                           ( ) Continued in effect
- (x) Deft. remanded to custody    ( ) Pending compliance with conditions of release
- (x) Temporary Detention Ordered

Deft's next appearance: Detention Hearing set Monday, October 26, 2015 at 11:30 a.m. before Magistrate Judge James P. O'Hara.

Miscellaneous: Government's Oral Motion for pretrial detention and a continuance of that hearing is granted.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>PATRICIA TORRES, )<br>    Defendant. )<br>) | Case No.  15-MJ-8255-JPO |

ORDER APPOINTING COUNSEL

NOW on this 21st day of October 2015, the Court, upon a showing that the defendant is financially unable to employ counsel and does not wish to waive counsel, hereby orders that Ryan Hudson be appointed as counsel for Patricia Torres, pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. §3006A.

This appointment is effective October 21, 2015.

                                                                      s/Teresa J. James
                                                                    The Honorable Teresa J. James
                                                                    United States Magistrate Judge

## CLERK'S COURTROOM MINUTE SHEET – CRIMINAL – MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

PATRICIA TORRES

Case No: 15-8255-02-JPO
AUSA: James Ward
Deft. Atty.: Ryan Hudson

| | | | |
|---|---|---|---|
| JUDGE: | James P. O'Hara | DATE: | October 26, 2015 |
| DEPUTY CLERK: | Kathy Grant | TAPE/REPORTER: | 11:41 FTR/JPO |
| INTERPRETER: | N/A | PRETRIAL/PROBATION: | Amanda Hudson |

Length of Hearing: ____ Hr(s) Min(s) 45    Location: Kansas City, Kansas
Hearing Concluded  X  Yes  ___ No

### PROCEEDINGS

- ( ) Rule 5 Hearing           ( ) Initial Revocation Hearing        ( ) Bond Hearing
- ( ) ID/Removal Hearing       ( ) Held  ( ) Waived                  ( ) Bond Revocation Hearing
- ( ) Preliminary Hearing      ( ) Held  ( ) Waived                  ( ) Arraignment
- (X) Detention Hearing        (X) Held  ( ) Waived                  ( )
- ( ) Discovery Conference     ( ) Held  ( ) Waived

- ( ) Interpreter              ( ) Appointed                         ( ) Sworn
- ( ) Charges and penalties explained to defendant
- (X) Defendant sworn
- ( ) Defendant examined re: financial ability to retain counsel
- ( ) Counsel appointed                ( ) At defendant's expense
- ( ) Constitutional rights explained  ( ) Felony      ( ) Misdemeanor
- ( ) Defendant declined to waive indictment  ( ) Will be presented by next Grand Jury
- ( ) Signed Waiver of Indictment
- ( ) Advised of consular notification rights
- ( ) Signed Consent to Transfer (Rule 20)
- ( ) Petition to Enter Plea Filed          ( ) Plea Agreement Attached
- ( ) Transfer to the _____ District of _____
- (X) Oral motion by Government for pretrial detention of defendant is DENIED.

- ( ) ARRAIGNMENT AND PLEA:                                              ( ) No. of Counts ___
  - ( ) Waived Reading of    ( ) Indictment    ( ) Information    ( ) Read to Defendant
  - ( ) Previous Plea        ( ) Guilty        ( ) Not Guilty     Counts:_____Withdrawn
  - ( ) Guilty                                                    Counts:_____Accepted
  - ( ) Not Guilty                                                Counts: ___

- ( ) Bail fixed at              ( ) Bail denied                  ( ) Bail remains denied
- ( ) $_____           ( ) Unsecured                    ( ) Secured
- (X) Release Order              (X) Executed                     ( ) Continued in effect
- ( ) Deft. remanded to custody  ( ) Pending compliance with conditions of release
- ( ) Detention Ordered

Case Management Meet and Confer:
Speedy Trial Act motions filed by:
Status Conference:
Deft's next appearance: **November 18, 2015, at 2:00 p.m., before U.S. Magistrate Judge Paul D. Stickney, Courtroom 1620, 1100 Commerce Street, Dallas, Texas 75242**.

Miscellaneous:

# UNITED STATES DISTRICT COURT

| FOR THE | DISTRICT OF | KANSAS |
|---|---|---|

UNITED STATES OF AMERICA

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

V.
PATRICIA TORRES

CASE NUMBER: 15-MJ-8255-JPO

Defendant

CHARGING DISTRICTS
CASE NUMBER: 15-CR-432-M

I understand that charges are pending in the _____ District of ___Kansas___

alleging violations of ___21:846, 841(a)(1) and (b)(1)(B)(viii)___ and that I have been
(Title and Section)

arrested in this district and taken before a judge, who has informed me of the charge(s) and my rights to:

(1)  retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)  an identity hearing to determine whether I am the person named in the charges;

(3)  a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4)  Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(X)  identity hearing

( )  preliminary hearing

( )  identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_October 26, 2015_
Date

_[signature]_
Defendant

_[signature]_
Defense Counsel

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**FILED**

OCT 2 6 2015

Clerk, U.S. District Court
By _____ Deputy Clerk

UNITED STATES OF AMERICA

v.                                        Case No. 15-8255-02-JPO

PATRICIA A. TORRES

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing before any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall next appear on **November 18, 2015, at 2:00 p.m., before U.S. Magistrate Judge Paul D. Stickney, Courtroom 1620, 1100 Commerce Street, Dallas, Texas 75242.**

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

☒ (4) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

☐ (5) The defendant executes an unsecured bond binding the defendant to pay the United States the sum of _____ dollars ($_____) in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

## ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community.
IT IS FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

☐ (6) The defendant is placed in the custody of:
(Name of person or organization) _____

who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: _____
Custodian or Proxy            Date

☒ (7) The defendant shall:
☒ (a) report to the supervising pretrial services officer as directed and follow all instructions.
☐ (b) execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property: _____
☐ (c) post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of the above-described _____
☐ (d) execute a bail bond with solvent sureties in the amount of $ _____
☒ (e) maintain or actively seek employment.
☐ (f) maintain or commence an education program.
☒ (g) surrender any passport to Probation/Pretrial Services.
☒ (h) obtain no passport.
☒ (i) abide by the following restrictions on personal association, place of abode, or travel: remain in the United States.
☒ (j) avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to: all co-defendants.
☐ (k) undergo medical or psychiatric treatment and/or remain in an institution as follows: _____
☐ (l) return to custody each (week) day as of _____ o'clock after being release each (week) day as of _____ o'clock for employment, schooling, or the following limited purpose(s): _____
☐ (m) maintain residence at a halfway house or community corrections center, as deemed necessary by the pretrial services office or supervising officer.
☒ (n) refrain from possessing a firearm, destructive device, or other dangerous weapons.
☐ (o) refrain from ☐ any ☐ excessive use of alcohol.
☒ (p) refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
☒ (q) submit to any method of testing required by the pretrial services officer or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.
☐ (r) participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services office or supervising officer.
☒ (s) refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or electronic monitoring which is (are) required as a condition(s) of release.
☐ (t) participate in one of the following home confinement program components and abide by all the requirements of the program which
☐ will or ☐ will not include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by the pretrial services office or supervising officer.
    ☐ (i) **Curfew.** You are restricted to your residence every day ☐ from _____ to _____, or ☐ as directed by the pretrial services office or supervising officer; or
    ☐ (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the pretrial services office or supervising officer; or
    ☐ (iii) **Home Incarceration.** You are restricted to your residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the pretrial office or supervising officer.
☒ (u) report as soon as possible, to the pretrial services office or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.
☒ (v) pay a co-ay, at the discretion of the pretrial services officer, for any and all services provided to him/her during the term of supervision.
☐ (w) _____
☐ (x) _____

Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
   (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than year years, or both;
   (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
   (3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
   (4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A terms of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

**Acknowledgment of Defendant**

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

**Directions to United States Marshal**

[X] The defendant is ORDERED released after processing.
[ ] The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: _October 26, 2015_        _____
                                Signature of Judicial Officer

                                _James P. O'Hara_
                                _U.S. Magistrate Judge_
                                Name and Title of Judicial Officer

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICES   U.S. ATTORNEY   U.S. MARSHAL