IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CASE NO.:3:15-CR-432-M (37) |
| | ) | |
| PATRICIA TORRES, | ) | |
|     Defendant. | ) | |

## AMENDED SCHEDULING ORDER FOR SENTENCING

On this 21st day of September, 2016, came to be heard the Defendant's Motion for Continuance (to File PSR Objections and Sentencing), filed September 16, 2016, and after having considered the motions and arguments of counsel, and without opposition by the Government, the Court is of the opinion that said motion is **GRANTED**.

Written objections to the Presentence Report, or a written statement adopting the findings of the Presentence Report, must now be electronically filed **by October 5, 2016**. **IF THEY HAVE NO OBJECTIONS, BOTH THE GOVERNMENT AND THE DEFENDANT ARE REQUIRED TO FILE A WRITTEN STATEMENT STATING THEY HAVE NO OBJECTIONS.**

If written objections to the Presentence Report have been timely made, the Probation Office must now electronically file any addendum to the Presentence Report **by October 12, 2016**.

Written objections to this addendum must now be electronically filed **by October 19, 2016**.

Defendant Torres's sentencing hearing is **RESET** for **Wednesday, November 9, 2016, at 1:30 p.m.**

Any motions for downward departure must still be electronically filed **on or before November 2, 2016**. Sentencing memoranda and character letters shall be received by the Court **on or before November 2, 2016**; however, they should not be electronically filed, but emailed directly to the Court Coordinator, Lori Anne Greco, at lori_greco@txnd.uscourts.gov, or mailed or hand delivered. No courtesy copies are required.

Questions relating to this Order are to be directed to Ms. Lori Anne Greco, Courtroom Deputy (214/753-2421).

SO ORDERED.

DATED: September 21, 2016.

_____
BARBARA M. G. LYNN
CHIEF JUDGE